# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEN MOHAMED | No: 2:24-mj-00005-KFW |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of case. This case is eligible for a detention order because the case involves:

    _____  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _____  Crime of Violence

    _____  Maximum sentence life imprisonment or death

    _____  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    _____  Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender

    \_\_X\_\_  Serious risk defendant will flee

    _____  Serious risk of obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention

  ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which would reasonably assure:

   __ X __ Defendant's appearance as required

   __ X __ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because

  __ X __ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

  _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: February 2, 2024

          DARCIE N. MCELWEE
          United States Attorney

       By: /s/Noah Falk
          Assistant United States Attorney
          United States Attorney's Office
          100 Middle Street
          Portland, ME 04101
          (207) 780-3257
          Noah.Falk@usdoj.gov